IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| LAWRENCE ROOKS | : | VIOLATIONS: |
| | | 18 U.S.C. § 922(g)(1) (possession |
| | : | of firearm by a felon - 2 counts) |
| | | 18 U.S.C. § 924(a)(1)(A) (making a false |
| | : | statement to a federal firearms licensee – 3 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of forfeiture |

**INFORMATION**

**COUNT ONE**

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about December 15, 2018 to on or about August 5, 2019, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**LAWRENCE ROOKS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 29, 10mm semi-automatic pistol, bearing serial number BFCV915, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

From on or about February 26, 2019 to on or about August 5, 2019, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**LAWRENCE ROOKS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 32, .357 semi-automatic pistol, bearing serial number BKMG959, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNTS THREE THROUGH FIVE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

At all times material to this information:

1. Lock's Philadelphia Gun Exchange, located at 6700 Rowland Avenue, Philadelphia, Pennsylvania, possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal laws.

2. FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473. Question 11.a. of the ATF Form 4473 requires that the prospective purchaser certify truthfully that he or she is the actual buyer of the firearm. The ATF Form 4473 contains language warning that: "You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. The Form 4473 contains language warning that "I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony" and "making any false oral or written statement, or the exhibiting of any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony."

4. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth.

5. On or about the dates listed below, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LAWRENCE ROOKS**

and R.W., a person known to the grand jury, in connection with the acquisition of each of the firearms listed below from Lock's Philadelphia Gun Exchange, knowingly made, and aided and abetted the making of, a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holders' records, in that R.W. certified on the Form 4473 he was the actual transferee/buyer of each firearm listed below, when in fact, as defendant LAWRENCE ROOKS and R.W. knew, this statement was false and fictitious because the true transferee/buyer was defendant ROOKS, each date constituting a separate offense:

| Count | Date | Firearm | Serial Number |
|---|---|---|---|
| 3 | 12/15/2018 | Glock 29 10mm semi-automatic pistol | BFCV915 |
| 4 | 02/26/2019 | Glock 32 .357 semi-automatic pistol | BKMG959 |
| 5 | 07/24/2019 | Glock 23 .40 semi-automatic pistol, and 20 live rounds of .40 caliber ammunition | BGXZ504 |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(1)(A), set forth in this information, defendant

### LAWRENCE ROOKS

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

(1) One Glock 29, 10mm semi-automatic pistol, bearing serial number BFCV915;

(2) One Glock 32, .357 semi-automatic pistol, bearing serial number BKMG959;

(3) One Glock 23, .40 semi-automatic pistol, bearing serial number BGXZ504; and

(4) Twenty live rounds of .40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

LAWRENCE ROOKS

INFORMATION

Counts
18 U.S.C. § 922(g)(l) (possession of firearm by a felon - 2 counts)
18 U.S.C. § 924(a)(l)(A) (making a false statement to a federal firearms licensee -3 counts)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

_____
Clerk

Bail, $_____