#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 21-cr-43 |
| | : | |
| LAWRENCE ROOKS | : | |
| | : | |

## ORDER

**AND NOW**, on this **28th** day of **January 2022**, upon consideration of Defendant's *pro se* Motion for Compassionate Release (ECF No. 19) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Government's Response in Opposition (ECF No. 23), as well as Defendant's *pro se* Motion for Appointment of Counsel (ECF No. 21) it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motions (ECF No. 19) and (ECF No. 21) are **DENIED**.

BY THE COURT:

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, J.**

Cc:  U.S. Attorney
     U.S. Probation
     Pro Se Movant